DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

JOEY BARNES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-1615

————————————————

September 7, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Melissa Gravitt, Judge.

PER CURIAM.

    Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.